CO-386-online
10/03

# United States District Court
# For the District of Columbia

Pipe Line Contractors Association,           )
                                             )
                                             )
                                             )
              Plaintiff                      )     Civil Action No._____
       vs                                    )
                                             )
United Association of Journeymen and         )
Apprentices of the Plumbing and Pipefitting  )
Industry of the United States and Canada     )
                                             )
              Defendant                      )

### CERTIFICATE RULE LCvR 7.1

I, the undersigned, counsel of record for __Pipe Line Contractors Association__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Pipe Line Contractors Association__ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

191528
BAR IDENTIFICATION NO.

Lawrence D. Levien, Esq.
Print Name

Akin Gump Strauss Hauer & Feld
Address

1333 New Hamp. Ave. NW, WDC, 20036
City          State          Zip Code

202-887-4000
Phone Number