UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PIPE LINE CONTRACTORS ASSOCIATION,

    Plaintiff,

v.

UNITED ASSOCIATION OF JOURNEYMEN
AND APPRENTICES OF THE PLUMBING
AND PIPE FITTING INDUSTRY OF THE
UNITED STATES AND CANADA, AFL-CIO,
and its constituent Local Unions,

    Defendants.

Case No. 1:07-cv-00973

## JOINT MOTION TO EXTEND TIME

Defendant United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO ("United Association" or "UA") and Plaintiff Pipe Line Contractors Association ("PLCA"), by and through undersigned counsel, for good cause, hereby advise the Court that the Parties have reached a settlement of their dispute which is contingent upon approval by Region 16 of the National Labor Relations Board. For the reasons set forth in the accompanying Memorandum of Points and Authorities, the Parties jointly request that the Court extend Defendant's time to file its response to the Complaint and opposition to Plaintiff's Motion to Compel Defendant to Submit to Arbitration by ten (10) days, up to and including July 30, 2007.

The reasons supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities.

|  |  |
|---|---|
| By: /s/ _____<br>Lawrence D. Levien (#191528)<br>levien@akingump.com<br>Akin, Gump, Straus, Hauer & Feld LLP<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>(202) 887-4000 – phone<br>(202) 887-4288 – facsimile<br><br>Counsel for Plaintiff<br>Pipe Line Contractors Association | Respectfully submitted,<br><br>By: /s/ _____<br>James R. O'Connell (#61424)<br>Ellen O. Boardman (#375563)<br>eboardman@odonoghuelaw.com<br>Keith R. Bolek (#463129)<br>kbolek@odonoghuelaw.com<br>O'DONOGHUE & O'DONOGHUE LLP<br>4748 Wisconsin Avenue, N.W.<br>Washington, D.C. 20016<br>(202) 362-0041 – phone<br>(202) 237-1200 – facsimile<br><br>Counsel for the Defendant<br>United Association |

166261_1.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PIPE LINE CONTRACTORS ASSOCIATION, : | |
| Plaintiff, : | |
| v. : | Case No. 1:07-cv-00973 |
| UNITED ASSOCIATION OF JOURNEYMEN : AND APPRENTICES OF THE PLUMBING : AND PIPE FITTING INDUSTRY OF THE : UNITED STATES AND CANADA, AFL-CIO, : and its constituent Local Unions, : | |
| Defendants. : | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
JOINT MOTION FOR EXTENSION OF TIME**

Plaintiff Pipe Line Contractors Association ("PLCA") and Defendant United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO ("United Association" or "UA") (collectively "the Parties"), by and through undersigned counsel, for good cause, hereby jointly move to extend Defendant's time to respond to the Complaint and Plaintiff's Motion to Compel Defendant to Submit to Arbitration ("Motion to Compel").

1.     The Parties are pleased to advise the Court that they have resolved the disputes that gave rise to the above-captioned matter. The Parties' settlement will also resolve the unfair labor practice charges filed by the PLCA with Region 16 of the National Labor Relations Board ("NLRB"). Upon reaching settlement, the Parties worked quickly to finalize the attendant documents, which have now been finalized and approved by the Parties.

2.     However, the settlement (which includes the filing of a stipulation of dismissal with prejudice of this action) is not effective until NLRB Region 16 approves withdrawal of the

PLCA's unfair labor practice charges. Region 16 has advised that it must review and approve the underlying settlement before approving the PLCA's withdrawal of the charges. The settlement documents have been sent to Region 16 and are currently pending review by the Regional Director.

3. If the Regional Director approves the withdrawal of the unfair labor practice charges, the above-captioned matter will be dismissed immediately, rendering further filings in this matter moot. The Parties agree that, given the settlement, Defendant should not be required to incur the additional significant cost, time and resources to file its response to the Complaint and Motion to Compel by Friday, July 20.

4. Accordingly, the Parties jointly request that the Court extend Defendant's time to respond to the Complaint and Motion to Compel by ten (10) days to July 30, 2007.

By: /s/
Lawrence D. Levien (#191528)
levien@akingump.com
Akin, Gump, Straus, Hauer & Feld LLP
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
(202) 887-4000 – phone
(202) 887-4288 – facsimile

Counsel for Plaintiff
Pipe Line Contractors Association

Respectfully submitted,

By: /s/
James R. O'Connell (#61424A)
Ellen O. Boardman (#375563)
eboardman@odonoghuelaw.com
Keith R. Bolek (#463129)
kbolek@odonoghuelaw.com
O'DONOGHUE & O'DONOGHUE LLP
4748 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202) 362-0041 – phone
(202) 237-1200 – facsimile

Counsel for the Defendant
United Association

166258_1.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PIPE LINE CONTRACTORS ASSOCIATION, : <br><br> Plaintiff, : <br><br> v. : <br><br> UNITED ASSOCIATION OF JOURNEYMEN AND APPRENTICES OF THE PLUMBING AND PIPE FITTING INDUSTRY OF THE UNITED STATES AND CANADA, AFL-CIO, and its constituent Local Unions, : <br><br> Defendants. : | Case No. 1:07-cv-00973 |

**O R D E R**

Upon consideration of the parties Joint Motion to Extend Time to Plaintiff's Motion to Compel Defendant to Submit to Arbitration thereto, it is this ___ day of _____, 2007, hereby

ORDERED that Joint Motion is granted; and further

ORDERED that Defendant shall have until July 30, 2007 to file its response to Plaintiff's Complaint and its response to Plaintiff's Motion to Compel Defendant to Submit to Arbitration.

                                                          _____
                                                          Honorable Paul L. Friedman
                                                          United States District Judge

166265_1.DOC