UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

Pipe Line Contractors Association, )
)
)
Plaintiff, )
)
v. ) Case No. 1:07-cv-00973
)
United Association of Journeymen and )
Apprentices of the Plumbing and Pipefitting )
Industry of the United States and Canada, )
AFL-CIO, and its constituent Local Unions, )
)
)
)
Defendant. )
_____)

---

**NOTICE OF DISMISSAL**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Pipe Line Contractors Association ("PLCA") hereby dismisses with prejudice its Complaint, Case No. 1:07-cv-00973, filed against the United Association of Journeymen and Apprentices of the Plumbing and Pipe Fitting Industry of the United States and Canada, AFL-CIO ("Defendant"), alleging violations of 29 U.S.C. § 185 *et seq.*

Respectfully submitted,

/s/ Lawrence D. Levien

Lawrence D. Levien (D.C. Bar 191528)
Akin Gump Strauss Hauer & Feld LLP
1333 New Hampshire Avenue NW
Washington DC, 20036
Telephone (202) 887-4054
Facsimile (202) 887-4288
Counsel for Plaintiff PLCA

Dated July 18, 2007

1